

# NUMBER 13-24-00451-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

CAMERON COUNTY, TEXAS,
EDDIE TREVINO, JR., SOFIA C.
BENAVIDEZ, JOEY LOPEZ, DAVID
A. GARZA, AND GUS RUIZ,                          Appellants,

v.

CHIEF DEPUTY ROBERT GARCIA,                      Appellee.

## ON APPEAL FROM THE 404TH DISTRICT COURT
## OF CAMERON COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Peña, West, and Cron**
**Memorandum Opinion by Justice Peña**

This cause is before this Court on the parties' joint motion to dismiss this appeal.

On May 11, 2026, this Court abated this appeal upon the parties' notice of settlement

which requested abatement while a settlement agreement was finalized. In the joint

motion to dismiss, the parties advise this Court they have reached an agreement and request that we set aside the trial's court judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

Texas Rule of Appellate Procedure 42.1(a)(2), governing the voluntary dismissal of civil appeals by agreement, allows an appellate court to:

(A)     render judgment effectuating the parties' agreement;

(B)     set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement; or

(C)     abate the appeal and permit the proceeding in the trial court to effectuate the agreement.

*Id.* R. 42.1(a)(2). Accordingly, we reinstate this case, grant the parties joint motion, vacate the September 9, 2024 order denying appellants' plea to the jurisdiction without regard to the merits, dismiss the appeal, and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement and for any further proceedings deemed necessary. *See id.* Costs are taxed against appellants. *Id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained.

L. ARON PEÑA JR.
Justice

Delivered and filed on the
30th day of July, 2026.